October 09, 2018
U.S. Bankruptcy Court
Bridgeport
CT.

**FILED**
2018 OCT -9 PM 4:55
US DISTRICT COURT
BRIDGEPORT CT

CASE Number: 18-51236 jam
Chapter 13

Debtors: Andrew Consiglio / Heather Lindsay

Dear Judge,

Please be advised, that in Lieu of Deficiency Notices to cure deficiency by filing relevant documents that both ~~Heather~~ Lindsey and Andrew Consiglio will not proceed with joint filing but will file as individuals. I/We hereby withdraw the joint filing and will be filing seperately.

I, Heather Lindsey, hereby attach my initial papers and application and will proceed with the necessary items on schedule procedures in due course.

_____
ANDREW CONSIGLIO

_____
HEATHER LINDSEY

October 09, 2018
US Bankruptcy Court
Bridgeport CT.

FILED
2018 OCT -9 PM 5:08
US DISTRICT COURT
BRIDGEPORT CT

CASE NO: 18-51236jam
Chapter 13

Dear Judge

We were informed by our attorney Andre Cayo to seperate our filing as individuals.

We therefore ask the Court for an extention of time to prepare individual filings.

We Kindly ask the Court to grant and extention of time to follow procedure.

_Andrew Consiglio_
ANDREW CONSIGLIO