# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 21, 2018

In re:

    Andrew Consiglio

    Heather Lindsay

                      Debtor*

Case Number: 18−51236 jam
Chapter: 13

## ORDER DISMISSING CHAPTER 13 CASE FOR FAILURE TO COMPLY WITH ORDER

On December 7, 2018, an Order Granting Motion in Part for an extension of time was entered in this case (the "Order Granting Motion in Part", ECF No. 33).  The Order Granting Motion in Part granted the Debtors a final extension of time to December 12, 2018, to file all required documents in compliance with FRBP 1007 and to provide the Chapter 13 Trustee with all requested documents and also provided that failure to comply with the Order Granting Motion in Part would result in dismissal of the case.

The Debtors did not file all required documents in compliance with the Order Granting Motion in Part. Accordingly, it is hereby

**ORDERED:** The Debtors' case is **DISMISSED** due to the failure of the Debtors to comply with the Order Granting Motion in Part; and it is further

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this order.

Dated: December 21, 2018

BY THE COURT

*Julie A. Manning*
*Chief United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 182 −

*For the purposes of this order, "Debtor" means "Debtors" where applicable.